# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS



Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Rochelle M. Martin "Pro Se"
(Please print)

**STREET ADDRESS:** 333 S. East Avenue, (unit 207)

**CITY/STATE/ZIP:** Oak Park IL. 60302

**PHONE NUMBER:** (312) 203-8370

**CASE NUMBER:** 08CV4493
JUDGE ZAGEL
MAGISTRATE JUDGE BROWN

_____          8/08/08
Signature                                Date

FILED
AUG 0 8 2008 TC
8-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)